# CASE ANNOUNCEMENTS

*March 12, 2010*

[Cite as *03/12/2010 Case Announcements,* 2010-Ohio-919.]

## MOTION AND PROCEDURAL RULINGS

**2009–2298. In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 08–917–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene as appellee of the Office of the Ohio Consumers' Counsel,

It is ordered by the court that the motion is granted.

**2009–2332. In re A.C.**
Warren App. No. CA2009–07–098, 2009-Ohio-6242. This cause came on for further consideration upon appellant's motion to redact.

It is ordered by the court that the motion is granted, and appellant shall come to the Supreme Court of Ohio Clerk's office within ten days of the date of this entry and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, from the attachment to the motion to strike false information filed in this case.

**2010–0330. State ex rel. Gaylor, Inc. v. Goodenow.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and mandamus. Upon consideration of relator's motion for emergency stay and expedited alternative writ,

It is ordered that the prohibition claim is dismissed and relator's motion for an emergency stay and expedited alternative writ is denied insofar as it is based on the prohibition claim.

It is further ordered that an alternative writ is granted on relator's mandamus claim, and respondents are sua sponte stayed from enforcing or proceeding on their decisions disqualifying relator's bid and awarding the contract to an alternate contractor pending the court's resolution of relator's mandamus claim. Relator may file an amended complaint to name the board of county commissioners as an additional respondent.

The respondents shall file an answer to the complaint within seven days of this entry; the parties shall file any evidence they intend to present within 20 days of this entry; relator shall file a brief within ten days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after the filing of respondents' brief.

PFEIFER, J., dissents and would dismiss the cause.